13-15-252cr

To Whom This May Concern                    8-31-15

I feel I don't need more time. I've went over I found alot more wrong doing, But I just wanted to make it real brief. Can yall let me know of anything else I need to file I know nothing about the law. We have a law-library but we can't talk to others. An The lady at the law-library will not show me.

If They would have showed the D.V.D. I would have been able to prove I did not evade The cops beat me up.

Nobody gets the max time for cases like mine. I'm in T.D.C.J. with guys that have killed and have the same time as me. I feel my time should be reduced.

                                    Thank You.

                                    Guadalupe Pacheco

FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

SEP 08 2015

DORIAN E. RAMIREZ, CLERK
BY_____AM_____

RECEIVED
SEP 08 2015
13th COURT OF APPEALS

RECEIVED

SEP 0 8 2015

13th COURT OF APPEALS

13-15-252-CR

*Motion for New Trial Dot Lack of* 8-31-15
*(examples) In My Representation*

Lack of confidence in counsel: I was told to agree with everything the D.A. stated by My Attorney [James R. Beeler] which I felt was against MY better judgement -such as- [MY lack of the ability to cross examine MY accusants] I heard various instance in there testimonies in which false claims were made in which MY lawyer feild to cross examine, After I spoke to him telling him they were lying.

#2 I was led to beleive by Attny [James R Beeler] that I would be given 8 years if I pleaded out while I was in County prior to trial, I did not beleive I was going to be sentenced to 20 years (I would have taken the 8 years) I do not Know why I was not given that option when I was told I could be.

#3 I understand that by taking the stand in My trial I would be giving up my rights of self incrimination. But

#4 I followed My lawyer advise to not try to explain my self & just agree with what the D.A. said in following This advise my case damaged greatly.

I was under the understanding I was not going to trial. I thought the trial was just a prelimnary hearing. I was not prepared, I had insufficient witnesses to my characters that I would have called.

#5 I was also on Zoloff The D.A. or my lawyer never let any DR. look at me to see if I was ok to stand trial.

sincerly

Gundaluye Packew